**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                    CASE NO.  3:09-cr-231-J-32HTS

DELTORI M. BEAVER
  a/k/a Deltore Beaver
  a/k/a Deltoria Dixon

---

## ORDER REVOKING CONDITIONS OF RELEASE

As the result of a Petition for Action on Conditions of Pretrial Release (Petition) dated September 24, 2009, an arrest warrant was issued and Defendant was brought before this Court to show cause why her bond should not be modified or revoked.  At the hearing conducted on October 1, 2009, the government established by clear and convincing evidence that Defendant violated the Order Setting Conditions of Release (Doc. #11; Release Order), entered on August 19, 2009, by remaining outside her residence beyond the 7:00 P.M. curfew (paragraph 4 of the Petition), and by failing to abstain from the use of alcohol (paragraph 6 of the Petition).  The Court further finds it is unlikely Ms. Beaver will abide by any condition or combination of conditions of release that could be imposed.

Accordingly, it is

**ORDERED**:

1.      The Release Order (Doc. #11) is **VACATED** and **SET ASIDE**.

2.      The Unsecured Appearance Bond (Doc. #12), dated August 19, 2009, is **REVOKED** and **SET ASIDE.**

3.	Defendant is ordered detained pending trial and is committed to the custody of the Attorney General or his designated  representative  for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.   Defendant shall be afforded a   reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of October, 2009.


 /s/ Howard T. Snyder
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Pilgrim)
Federal Public Defender (Fletcher)
U.S. Pretrial
U.S. Marshal
Defendant